**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Javier Rueda Jr. | ) | Bankruptcy No. 07 B 02178 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Bruce W. Black (Joliet) |
| | ) | |

To:    See Attached List

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **March 8, 2013,** at the hour of 9:15 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Bruce W. Black in the United States Bankruptcy Court, Joliet City Hall, 150 W. Jefferson Street, 2nd Floor, Joliet, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion to Reopen Case**, a copy of which is hereby served upon you.  You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

**CERTIFICATE OF SERVICE**

    I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated, and by first class mail by depositing with the United States Postal Service, LaGrange, Illinois, postage prepaid, prior to 5:00 P.M., this 28rd day of February, 2013.


>         /s/ David P. Lloyd
>             David P. Lloyd

**Notice List**
**Javier Rueda Jr.**
**07 B 02178**

U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Thomas B. Sullivan
InnovaLaw, PC
1900 Ravinia Place
Orland Park, IL 60462

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Javier Rueda Jr. | ) | Bankruptcy No. 07 B 02178 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Bruce W. Black |
| | ) | |

**DEBTOR'S MOTION TO REOPEN CASE**

NOW COMES the Debtor, Javier Rueda Jr., by and through his attorney, David P. Lloyd, Ltd., and moves this honorable Court to reopen this case pursuant to Section 350(b) of the Bankruptcy Code, and in support thereof states as follows:

1. The Debtor commenced this case by filing a voluntary Chapter 13 petition on February 8, 2007.

2. On December 18, 2007, the Debtor converted his Chapter 13 case to a Chapter 7 case.

3. At the time of the filing of this case, the Debtor held a claim against the Sheriff of Cook County, arising from his employment. After this Chapter 7 case was closed, the Debtor and other plaintiffs filed a law suit in the United States District Court for the Northern District of Illinois, No. 08 CV 6621, entitled Burruss et al. v. Dart et al. The suit was filed by a number of correctional offices with the Cook County Sheriff's Office against the Cook County Sheriff and other officials with the Cook County Sheriff's office, alleging retaliation based on the plaintiffs' political affiliation.

4. Prior to the filing of this bankruptcy case, the Debtor had not consulted with counsel about the possibility of pursuing a claim against the Cook County Sheriff. On that basis, the Debtor did not schedule the claim against the Cook County Sheriff as an asset.

5. The Debtor appeared at the Section 341 meeting of creditors on January 31, 2008, and when asked about potential lawsuits the Debtor testified he did not have any because at that time Debtor

was unaware he would be filing a suit against the Cook County Sheriff and did not expect to obtain any financial recovery.

      6. On February 5, 2008, the Trustee filed a no-asset report.

      7. The Debtor received a discharge on March 14, 2008, and the case was closed on March 17, 2008.

      8. The Debtor needs this case reopened so that he can file an amended Schedule B, listing the law suit as an asset.

      9. Although the Debtor now believes that some financial recovery is possible in the law suit against the Cook County Sheriff, the Debtor believes that the majority of any recovery is either not property of the estate, because it would represent post-petition earnings, or exempt as wages under Illinois law.

      10. To the extent necessary, the Court should order the United States Trustee to re-appoint a trustee to administer the discovered asset.

      WHEREFORE the Debtor, Javier Rueda Jr., prays that this case be reopened; that the United States Trustee be ordered to appoint a trustee (to the extent such appointment is necessary); and for such other and further relief as this honorable Court may deem meet.

                                                   Respectfully submitted,
                                                   Javier Rueda Jr.

                                                   By:   /s/ David P. Lloyd_____
                                                             His attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265