UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 07-02178
)
Javier Rueda, Jr., )
) Chapter: 7
)
) Honorable Bruce W. Black
) Joliet
Debtor(s) )

## ORDER REOPENING CASE AND AUTHORIZING THE
## UNITED STATES TRUSTEE TO APPOINT A CHAPTER 7 TRUSTEE

For the reasons stated from the bench, the United States Trustee's Motion for Order Reopening Case and Authorizing the Appointment of a Chapter 7 Trustee is granted, and, accordingly, it is ordered that this case is reopened and the United States Trustee is authorized and directed to appoint a Chapter 7 trustee for this case.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 21, 2014

**Prepared by:**

Denise DeLaurent, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, IL 60604
(312) 886-3326