**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: RUEDA, JAVIER JR. | § | Case No. 07-02178-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

# NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 12/04/2015 in Courtroom , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/29/2015 By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RUEDA, JAVIER JR. § Case No. 07-02178-BWB
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* *$* 78,963.45

*and approved disbursements of* *$* 47,145.47

*leaving a balance on hand of* [1] *$* 31,817.98

**Balance on hand:** **$** 31,817.98

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Chase Home Finance LLC | 222,443.39 | 0.00 | 0.00 | 0.00 |
| 3S | Roundup Funding, LLC | 6,600.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: **$** 0.00
Remaining balance: **$** 31,817.98

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 5,804.77 | 0.00 | 5,804.77 |
| Attorney for Trustee, Fees - Law Offices of William J. Factor | 26,321.15 | 26,321.15 | 0.00 |

Total to be paid for chapter 7 administration expenses: **$** 5,804.77
Remaining balance: **$** 26,013.21

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 26,013.21

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 26,013.21

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,631.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Louis F. Taglia DDS & Associates | 1,436.60 | 0.00 | 1,436.60 |
| 3U | Roundup Funding, LLC | 0.00 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation assignee of | 9,195.19 | 0.00 | 9,195.19 |
| 5 | Louis F. Taglia DDS & Associates | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 10,631.79
Remaining balance: $ 15,381.42

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 15,381.42

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 15,381.42

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 9.0% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $7,513.32. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 7,868.10.

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL 60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Javier Rueda, Jr.
Debtor

Case No. 07-02178-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: ccabrales Page 1 of 1 Date Rcvd: Oct 30, 2015
Form ID: pdf006 Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2015.

db +Javier Rueda, Jr., 1519 Cambria Ct, Joliet, IL 60431-5384
11166850 Associated Recovery Systems, P.O. Box 469046, 10772230, Escondido, CA 92046-9046
11166852 Chase Home Finance, P.O. Box 830016, Baltimore, MD 21283
11198974 +Chase Home Finance LLC, c/o Codilis & Associates, PC, 15W030 North Frontage Rd., Suite 100, Burr Ridge, IL 60527-6921
11166853 CitiFinancial Auto, PO BOX 183036, Columbus, OH 43218-3036
11244449 +CitiFinancial Auto, Ltd., P.O. Box 9578, Coppell, TX 75019-9513
11166854 +Codilis & Associates, 15W030 N. Frontage Rd. Ste. 100, Darien, IL 60527-6921
11828640 +Comcast, PO Box 3002, Southeastern, PA 19398-3002
11166855 +Endodontics & Assoc., c/o Paul D. Lawent, 330 S. Wells Ste. 1310, Chicago, IL 60606-7105
11828641 +Louis F taglia DDS & Associates, 7310 W North Avenue Ste 4A, Elmwood Park, IL 60707-4212
11166857 +Louis F. Taglia DDS & Associates, The Alberrt Law Firm PC, 205 W Randolph Suite 920, Chicago IL 60606-1814
11828702 TRS Recovery Services Inc, c/o Telecheck Services, PO Box 600028, City of Industry, CA 91716
11166859 TrueLogic Financial Corporation, P.O. Box 4437, Englewood, CO 80155-4437
11312616 eCAST Settlement Corporation assignee of, Chase Bank USA NA, POB 35480, Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

11166851 +E-mail/Text: mmeyers@blittandgaines.com Oct 31 2015 00:51:53 Blitt & Gaines, P.C., 661 Glenn Avenue, Wheeling, IL 60090-6017
11166856 E-mail/Text: rev.bankruptcy@illinois.gov Oct 31 2015 00:50:34 Illinois Department of Revenue, Bankruptcy Section Level 7-425, 100 W. Randolph Street, Chicago, IL 60606
11927124 E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2015 01:01:51 Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221
11828642 E-mail/Text: appebnmailbox@sprint.com Oct 31 2015 00:50:27 Sprint, PO Box 660092, Dallas, TX 75266
11828657 +E-mail/Text: crwkflw@firstdata.com Oct 31 2015 00:51:24 TRS Recovery Services Inc, PO Box 60022, City of Industry, CA 91716-0022

TOTAL: 5

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

11166858 Paola Rueda

TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2015 at the address(es) listed below:

Ariane Holtschlag on behalf of Trustee Thomas B Sullivan aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
David P Lloyd on behalf of Debtor Javier Rueda, Jr. courtdocs@davidlloydlaw.com
Denise A Delaurent on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
Gerald Mylander on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
Jose G Moreno on behalf of Creditor Chase Home Finance LLC nd-one@il.cslegal.com
Patrick A Meszaros on behalf of Debtor Javier Rueda, Jr. patrickmeszaros@yahoo.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Thomas B Sullivan tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
Zane L Zielinski on behalf of Trustee Thomas B Sullivan zzielinski@wfactorlaw.com, nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com

TOTAL: 9