# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: RUEDA, JAVIER JR. § Case No. 07-02178-BWB
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $290,800.00
*(without deducting any secured claims)*

Assets Exempt: $51,300.00

Total Distribution to Claimants: $18,276.20

Claims Discharged Without Payment: $0.00

Total Expenses of Administration: $32,957.14

3) Total gross receipts of $ 78,963.45 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 27,730.11 (see **Exhibit 2**), yielded net receipts of $51,233.34 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $220,326.19 | $229,043.39 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 32,957.14 | 32,957.14 | 32,957.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 27,350.53 | 18,276.20 | 18,276.20 |
| **TOTAL DISBURSEMENTS** | $220,326.19 | $289,351.06 | $51,233.34 | $51,233.34 |

4) This case was originally filed under Chapter 7 on December 18, 2007. The case was pending for 103 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/21/2016 By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| CIVIL RIGHTS LAWSUIT/PI SETTLEMENT | 1249-000 | 78,963.45 |
| **TOTAL GROSS RECEIPTS** | | $78,963.45 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAVIER RUEDA, JR | PORTION OF SURPLUS TO DEBTOR | 8200-002 | 20,000.00 |
| RUEDA, JAVIER JR. | Dividend paid 100.00% on $27,730.11; Claim# SURPLUS; Filed: $27,730.11; Reference: | 8200-002 | 7,730.11 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $27,730.11 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Home Finance LLC | 4110-000 | 220,326.19 | 222,443.39 | 0.00 | 0.00 |
| 3S | Roundup Funding, LLC | 4210-000 | N/A | 6,600.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $220,326.19 | $229,043.39 | $0.00 | $0.00 |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 5,811.67 | 5,811.67 | 5,811.67 |
| Law Offices of William J. Factor | 3110-000 | N/A | 26,321.15 | 26,321.15 | 26,321.15 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 128.70 | 128.70 | 128.70 |
| Rabobank, N.A. | 2600-000 | N/A | 113.37 | 113.37 | 113.37 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 75.02 | 75.02 | 75.02 |
| Rabobank, N.A. | 2600-000 | N/A | 105.66 | 105.66 | 105.66 |
| Rabobank, N.A. | 2600-000 | N/A | 107.13 | 107.13 | 107.13 |
| Rabobank, N.A. | 2600-000 | N/A | 84.03 | 84.03 | 84.03 |
| Rabobank, N.A. | 2600-000 | N/A | 59.66 | 59.66 | 59.66 |
| Rabobank, N.A. | 2600-000 | N/A | 49.03 | 49.03 | 49.03 |
| Rabobank, N.A. | 2600-000 | N/A | 47.42 | 47.42 | 47.42 |
| Rabobank, N.A. | 2600-000 | N/A | 44.30 | 44.30 | 44.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $32,957.14 | $32,957.14 | $32,957.14 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | None | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Clerk Of The U.S. Bankruptcy Court - Louis F. Taglia DDS | 7100-001 | N/A | 1,436.60 | 1,436.60 | 1,436.60 |
| 2I | Clerk Of The U.S. Bankruptcy Court - Louis F. Taglia DDS | 7990-001 | N/A | 1,032.94 | 1,032.94 | 1,032.94 |
| 3U | Roundup Funding, LLC | 7100-000 | N/A | 7,637.73 | 0.00 | 0.00 |
| 4 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 9,195.19 | 9,195.19 | 9,195.19 |
| 4I | eCAST Settlement Corporation assignee of | 7990-000 | N/A | 6,611.47 | 6,611.47 | 6,611.47 |
| 5 | Louis F. Taglia DDS & Associates | 7100-000 | N/A | 1,436.60 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $27,350.53 | $18,276.20 | $18,276.20 |

Exhibit 8



# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-02178-BWB
**Case Name:** RUEDA, JAVIER JR.

**Period Ending:** 07/21/16

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE
**Filed (f) or Converted (c):** 12/18/07 (c)
**§341(a) Meeting Date:** 01/31/08
**Claims Bar Date:** 06/17/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | LASALLE BANK ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 2 | FURNITURE | 2,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 4 | PENSION PLAN | 34,000.00 | 0.00 | | 0.00 | FA |
| 5 | CIVIL RIGHTS LAWSUIT/PI SETTLEMENT (u) | Unknown | Unknown | | 78,963.45 | FA |
| 6 | 2000 GMC SAFARI | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | 7003 SAHARA DRIVE, PLAINFIELD | 250,000.00 | 0.00 | | 0.00 | FA |
| **7** | **Assets** **Totals** (Excluding unknown values) | **$290,800.00** | **$0.00** | | **$78,963.45** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL DISTRIBUTION SENT ON 12/12/15; AWAITING CLEARANCE OF CHECKS TO PREPARE TDR; FINAL HRG SET FOR 12/4/15; FILED FINAL REPORT 10/29/15; FINAL REPORT SUBMITTED TO US TEE ON 9/20/15; Final report is currently being prepared

**Initial Projected Date Of Final Report (TFR):** June 30, 2015 **Current Projected Date Of Final Report (TFR):** October 29, 2015 (Actual)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 07-02178-BWB
**Case Name:** RUEDA, JAVIER JR.

**Taxpayer ID #:** **-***2182
**Period Ending:** 07/21/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******9666 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/14 | {5} | KURTZ LAW OFFICES LTD | SETTLEMENT OF FEDERAL CASE BURRUS ET AL | 1249-000 | 3,963.45 | | 3,963.45 |
| 11/24/14 | {5} | KURTZ LAW OFFICES LTD | SETTLEMENT OF FEDERAL CASE BURRUSS, ET AL | 1249-000 | 75,000.00 | | 78,963.45 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 78,953.45 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.70 | 78,824.75 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 113.37 | 78,711.38 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #07-02178, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 75.02 | 78,636.36 |
| 02/26/15 | 101 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #07-02178, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -75.02 | 78,711.38 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #07-02178, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 76.36 | 78,635.02 |
| 02/26/15 | 102 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #07-02178, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -76.36 | 78,711.38 |
| 02/26/15 | 103 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #07-02178, BOND NUMBER 10BSBGR6291 | 2300-000 | | 75.02 | 78,636.36 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.66 | 78,530.70 |
| 03/11/15 | 104 | JAVIER RUEDA, JR | PORTION OF SURPLUS TO DEBTOR | 8200-002 | | 20,000.00 | 58,530.70 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 107.13 | 58,423.57 |
| 04/15/15 | 105 | Law Offices of William J. Factor | LEGAL FEES TO COUNSEL | 3110-000 | | 26,321.15 | 32,102.42 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.03 | 32,018.39 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 59.66 | 31,958.73 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.03 | 31,909.70 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.42 | 31,862.28 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.30 | 31,817.98 |
| 12/12/15 | 106 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $5,811.67, Trustee Compensation; Reference: | 2100-000 | | 5,811.67 | 26,006.31 |
| 12/12/15 | 107 | Louis F. Taglia DDS & Associates | Dividend paid 100.00% on $1,436.60; Claim# | 7100-000 | | 1,436.60 | 24,569.71 |

Subtotals : $78,963.45 $54,393.74

{} Asset reference(s)

Exhibit 9

# Form 2



## Cash Receipts And Disbursements Record

**Case Number:** 07-02178-BWB
**Case Name:** RUEDA, JAVIER JR.

**Taxpayer ID #:** **-***2182
**Period Ending:** 07/21/16

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** Rabobank, N.A.
**Account:** ******9666 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 2; Filed: $1,436.60; Reference: Stopped on 05/15/16 | | | | |
| 12/12/15 | 108 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $9,195.19; Claim# 4; Filed: $9,195.19; Reference: | 7100-000 | | 9,195.19 | 15,374.52 |
| 12/12/15 | 109 | Louis F. Taglia DDS & Associates | Dividend paid 100.00% on $1,032.94; Claim# 2I; Filed: $1,032.94; Reference: Stopped on 05/15/16 | 7990-000 | | 1,032.94 | 14,341.58 |
| 12/12/15 | 110 | eCAST Settlement Corporation assignee of | Dividend paid 100.00% on $6,611.47; Claim# 4I; Filed: $6,611.47; Reference: | 7990-000 | | 6,611.47 | 7,730.11 |
| 12/12/15 | 111 | RUEDA, JAVIER JR. | Dividend paid 100.00% on $27,730.11; Claim# SURPLUS; Filed: $27,730.11; Reference: | 8200-002 | | 7,730.11 | 0.00 |
| 05/15/16 | 107 | Louis F. Taglia DDS & Associates | Dividend paid 100.00% on $1,436.60; Claim# 2; Filed: $1,436.60; Reference: Stopped: check issued on 12/12/15 | 7100-000 | | -1,436.60 | 1,436.60 |
| 05/15/16 | 109 | Louis F. Taglia DDS & Associates | Dividend paid 100.00% on $1,032.94; Claim# 2I; Filed: $1,032.94; Reference: Stopped: check issued on 12/12/15 | 7990-000 | | -1,032.94 | 2,469.54 |
| 05/15/16 | 112 | Clerk Of The U.S. Bankruptcy Court | | | | 2,469.54 | 0.00 |
| | | | 1,436.60 | 7100-001 | | | 0.00 |
| | | | 1,032.94 | 7990-001 | | | 0.00 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | **78,963.45** | **78,963.45** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **78,963.45** | **78,963.45** | |
| Less: Payments to Debtors | | 27,730.11 | |
| **NET Receipts / Disbursements** | **$78,963.45** | **$51,233.34** | |

| | |
|---|---|
| Net Receipts : | 78,963.45 |
| Less Payments to Debtor : | 27,730.11 |
| Net Estate : | $51,233.34 |

| **TOTAL - ALL ACCOUNTS** | **Net Receipts** | **Net Disbursements** | **Account Balances** |
|---|---|---|---|
| **Checking # ******9666** | **78,963.45** | **51,233.34** | **0.00** |
| | **$78,963.45** | **$51,233.34** | **$0.00** |