UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 07-02178 |
| Javier Rueda, Jr. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Bruce W. Black |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $2,469.54 to Louis F. Taglia, DDS & Associates, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 4645
Dilks & Knopik, LLC's last four digits of EIN #: 9851

Pursuant to the Change of Address previously filed with the Court, the funds should be sent to: LLouis F. Taglia, DDS & Associates, claimant, c/o Dilks & Knopik, LLC, c/o Dilks & Knopik, LLC 35308 SE Center Street, Snoqualmie, WA 98065

Enter:

Honorable Bruce W. Black
United States Bankruptcy Judge

Dated: October 19, 2016

**Prepared by:**

David R. Herzog
HERZOG & SCHWARTZ, P.C.
77 W. Washington Street, Suite 1400
Chicago, IL 60602
312-977-1600